**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

In the Matter of:

|  |  |  |
|---|---|---|
| DAVID MCARDLE and | } | |
| MEGAN MCARDLE, | } | Case No. 26-80402-CRJ-11 |
| SSN: XXX-XX-0685 | } | |
| SSN: XXX-XX-4462 | } | Chapter 11, Subchapter V |
| | } | |
| Debtor(s). | } | |
| | } | |

**ORDER: (1) SCHEDULING SMALL BUSINESS SUBCHAPTER V STATUS CONFERENCE; AND (2) FIXING DATE FOR FILING CHAPTER 11 PLAN AND FOR FILING PROOFS OF CLAIM**

On February 24, 2026, the Debtors filed a voluntary petition for relief under Subchapter V of Chapter 11, Title 11 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. § 1188(a), a Status Conference will be held in this case as scheduled herein.  During the Status Conference, the Debtor shall provide information regarding:

i.  The nature of business and reason for filing bankruptcy;
ii.  The nature of the primary debt;
iii.  The intended plan for reorganization including any changes to operations, insurance coverage, tax liability, restructuring of debt, use of cash collateral, and other matters relevant to the business or reorganization of the Debtor;
iv.  Financial projections and hiring professionals;
v.  The likelihood that the plan will be consensual, including efforts to contact and secure consent from creditors; and
vi.  The potential for any enlargement of the deadlines set forth in the Small Business Reorganization Act of 2019 as codified in 11 U.S.C. § 1181 *et seq*.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. Pursuant to 11 U.S.C. § 1188(c), the deadline for the Debtor to file a Status Conference Report is fixed as **April 8, 2026**.

2. Counsel for the Debtor must appear at the Status Conference on **April 22, 2026** at **10:00 a.m.** in **United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**.

3. Pursuant to Bankruptcy Rule 3003(c), the deadline for all creditors to file a Proof of Claim is fixed as **May 12, 2026**.

4. Pursuant to 11 U.S.C. § 1189, the deadline to file the Debtor's Chapter 11 Plan is fixed as **May 25, 2026**.

5. Counsel for the Debtor is directed to immediately give notice of the Claims Bar Date by mailing a copy of this Order to the Debtor, all creditors, governmental units, Richard Blythe for the Bankruptcy Administrator's office, and all parties requesting notice.

Dated this the 24th day of February, 2026.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge