United States Bankruptcy Court

Northern District of Alabama

In re:

David McArdle

Megan McArdle

    Debtors

Case No. 26-80402-CRJ

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1126-5

Date Rcvd: Jul 30, 2026

User: admin

Form ID: van002

Page 1 of 3

Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | David McArdle, Megan McArdle, 414 Mossyleaf Drive SW, Huntsville, AL 35824-4048 |
| cr | + | Live Oak Banking Company, c/o Bradley Arant Boult Cummings LLP, Nolan Clark, 1819 Fifth Avenue North, Birmingham, al 35203 UNITED STATES 35203-2120 |
| cr | + | UNITS Moving and Portable Storage, Inc., 234 Seven Farms Dr. Ste. 111B, Daniel Island, SC 29492-8108 |
| cr | + | Units Franchising Group, Inc., 234 Seven Farms Dr. Ste.111B, Daniel Island, SC 29492-8108 |
| 11837971 | + | Industrial Properties of the South, 9668 Madison Blvd., Madison, AL 35758-9125 |
| 11853259 | + | Rocket City Portable McStorage, LLC, 414 Mossyleaf Dr, Huntsville, AL 35824-4048 |
| 11837974 | + | Rocket City Portable McStorage, LLC, 2775 Wall Triana Hwy, LLC, Huntsville, AL 35824-2704 |
| 11838307 | + | Secretary of the Treasury, 1500 Pennsylvania Ave., NW, Washington, DC 20220-0001 |
| 11898161 | + | UNITS Franchising Group, Inc., C/o Bruce E. Miller, PA, 1459 Stuart Engals Blvd., Suite 202, Mount Pleasant, SC 29464-3600 |
| 11837976 | + | UNITS Moving and Portable Storage, 234 Seven Farms Drive, Suite 111-B, Daniel Island, SC 29492-8108 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | ^ | MEBN | Jul 31 2026 01:30:08 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 2 North 20th Street Suite 1000, Birmingham, AL 35203-4017 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2026 01:35:00 | Insolvency Unit Internal Revenue Service, 801 Broadway, MDP 146, Room 285, Nashville, TN 37203-3811 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2026 01:34:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 11837972 | + | Email/Text: bankruptcy@liveoak.bank | Jul 31 2026 01:35:00 | *Live Oak Bank, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |
| 11838313 | ^ | MEBN | Jul 31 2026 01:30:23 | Alabama Department of Labor, 649 Monroe St, Montgomery, AL 36131-0099 |
| 11837970 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 31 2026 01:34:00 | Freedom Mortgage, PO Box 6656, Chicago, IL 60680-6656 |
| 11898165 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 31 2026 01:34:00 | Freedom Mortgage Corporation, Bankruptcy Department, 11988 EXIT 5 PKWY BLDG 4, Fishers IN 46037-8022 |
| 11863254 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 31 2026 01:34:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 11837973 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2026 01:34:00 | PNC Bank, 300 Fifth Ave., Pittsburgh, PA 15222 |
| 11887634 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 31 2026 01:34:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | OH 45342 |
| 11838311 | Email/Text: bankruptcy@revenue.alabama.gov | Jul 31 2026 01:36:00 | State Department of Revenue, P O Box 1927, Pelham, AL 35124 |
| 11838314 | Email/Text: bankruptcy@revenue.alabama.gov | Jul 31 2026 01:36:00 | State of Alabama Dept. of Revenue, P O Box 320001, Montgomery, AL 36132 |
| 11838305 | + Email/Text: atlreorg@sec.gov | Jul 31 2026 01:35:00 | U.S. Securities and Exchange Commission, Regional Director, Branch of Reorganizat, Atlanta Regional Office, Suite 900, 950 East Paces Ferry Road, Atlanta, GA 30326-1180 |
| 11838309 | + Email/PDF: USAALN.BNC@usdoj.gov | Jul 31 2026 01:41:59 | United States Attorney, Northern District of Alabama, 1801 Fourth Avenue North, Birmingham, AL 35203-2101 |
| 11838310 | + Email/Text: bnc_notices_southern@alnba.uscourts.gov | Jul 31 2026 01:35:00 | United States Bankruptcy Administrator, Northern District of Alabama, 1800 Fifth Avenue North, Birmingham, AL 35203-2111 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11838308 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2026　　　　　　Signature:　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandy Pearson | on behalf of Creditor PNC Bank  NA brandy.pearson@brockandscott.com, wbecf@brockandscott.com |
| F. Wayne Keith | on behalf of Creditor PNC Bank  NA fwayne.keith@brockandscott.com, wbecf@brockandscott.com |
| Jackson E Duncan, III | on behalf of Creditor Freedom Mortgage Corporation jackson.duncan@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Kevin D. Heard (SBRA) | kheard@heardlaw.com  bstonemetz@heardlaw.com;candice@heardlaw.com;msanders@heardlaw.com |
| Mark P. Williams | on behalf of Creditor UNITS Moving and Portable Storage  Inc. mpwilliams@nwkt.com |
| Mark P. Williams | on behalf of Creditor Units Franchising Group  Inc. mpwilliams@nwkt.com |

Nolan Scott Clark, I

on behalf of Creditor Live Oak Banking Company nclark@bradley.com

Richard E. O'Neal

on behalf of Creditor Insolvency Unit Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov

Richard M Blythe

Richard_Blythe@alnba.uscourts.gov courtmaildec@alnba.uscourts.gov

Stuart M Maples

on behalf of Joint Debtor Megan McArdle smaples@thompsonburton.com
asatterfield@thompsonburton.com;kmarks@thompsonburton.com;6569232420@fwdfilings.docketbird.com;6569232420@filings.
docketbird.com,6569232420@filings.docketbird.com

Stuart M Maples

on behalf of Debtor David McArdle smaples@thompsonburton.com
asatterfield@thompsonburton.com;kmarks@thompsonburton.com;6569232420@fwdfilings.docketbird.com;6569232420@filings.
docketbird.com,6569232420@filings.docketbird.com

TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**                                                    **Case No.** 26−80402−CRJ11
David McArdle                                                 **Chapter** 11
**SSN:** xxx−xx−0685
Megan McArdle
**SSN:** xxx−xx−4462
      **Debtor(s)**

## NOTICE OF HEARING

Notice is hereby given that a hearing will be held to consider and act upon the following:

*93 −* Interim Application for Compensation First Interim Application for Compensation and Reimbursement of Expenses for Kevin D. Heard (SBRA), Trustee Chapter 11, Period: 2/24/2026 to 7/16/2026, Fee: $1,848.75, Expenses: $0.00. Filed by Attorney Kevin D. Heard (SBRA). (Attachments: # 1 Exhibit A # 2 Matrix)(Heard (SBRA), Kevin)

    **Date:  Monday, August 31, 2026**        **Time:  10:00 AM**

    **Location:  United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801**

      Attorneys should attend all scheduled hearings. If a conflict is known, the Court should be notified immediately. Continuances of non−evidentiary hearings may be granted if all parties consent. Evidentiary hearings will not be continued except for good cause shown. If there is a failure to attend a scheduled hearing, and the Court has not been notified of the reason for the failure, the Court may enter appropriate orders. Attendance is not required if a settlement has been reached as approved by all parties and filed with the Court by an attorney prior to the hearing date.

Dated:  July 30, 2026                                         By:

                                          William M. Tootle, Clerk
                                          United States Bankruptcy Court

ksv