United States Bankruptcy Court
Northern District of Alabama

In re:

David McArdle

Megan McArdle

Debtors

Case No. 26-80402-CRJ

Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1126-5     User: admin     Page 1 of 2

Date Rcvd: Aug 06, 2026     Form ID: pdfsty     Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David McArdle, Megan McArdle, 414 Mossyleaf Drive SW, Huntsville, AL 35824-4048 |
| cr | + | Live Oak Banking Company, c/o Bradley Arant Boult Cummings LLP, Nolan Clark, 1819 Fifth Avenue North, Birmingham, al 35203 UNITED STATES 35203-2120 |
| cr | + | UNITS Moving and Portable Storage, Inc., 234 Seven Farms Dr. Ste. 111B, Daniel Island, SC 29492-8108 |
| cr | + | Units Franchising Group, Inc., 234 Seven Farms Dr. Ste.111B, Daniel Island, SC 29492-8108 |
| 11898161 | + | UNITS Franchising Group, Inc., C/o Bruce E. Miller, PA, 1459 Stuart Engals Blvd., Suite 202, Mount Pleasant, SC 29464-3600 |
| 11837976 | + | UNITS Moving and Portable Storage, 234 Seven Farms Drive, Suite 111-B, Daniel Island, SC 29492-8108 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 07 2026 01:52:11 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 2 North 20th Street Suite 1000, Birmingham, AL 35203-4017 |
| cr | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 07 2026 02:04:00 | Insolvency Unit Internal Revenue Service, 801 Broadway, MDP 146, Room 285, Nashville, TN 37203-3811 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 07 2026 01:53:00 | PNC Bank, NA, PO Box 94982, Cleveland, OH 44101 |
| 11837972 | + | Email/Text: bankruptcy@liveoak.bank | Aug 07 2026 02:04:00 | *Live Oak Bank, 1741 Tiburon Drive, Wilmington, NC 28403-6244 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 26-80402-CRJ11   Doc 102   Filed 08/08/26   Entered 08/08/26 23:51:36   Desc
Imaged Certificate of Notice   Page 1 of 3

Date: Aug 08, 2026  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brandy Pearson | on behalf of Creditor PNC Bank  NA brandy.pearson@brockandscott.com, wbecf@brockandscott.com |
| F. Wayne Keith | on behalf of Creditor PNC Bank  NA fwayne.keith@brockandscott.com, wbecf@brockandscott.com |
| Jackson E Duncan, III | on behalf of Creditor Freedom Mortgage Corporation jackson.duncan@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Kevin D. Heard (SBRA) | kheard@heardlaw.com  bstonemetz@heardlaw.com;candice@heardlaw.com;msanders@heardlaw.com |
| Mark P. Williams | on behalf of Creditor Units Franchising Group  Inc. mpwilliams@nwkt.com |
| Mark P. Williams | on behalf of Creditor UNITS Moving and Portable Storage  Inc. mpwilliams@nwkt.com |
| Nolan Scott Clark, I | on behalf of Creditor Live Oak Banking Company nclark@bradley.com |
| Richard E. O'Neal | on behalf of Creditor Insolvency Unit Internal Revenue Service USAALN.BANKRUPTCY@usdoj.gov |
| Richard M Blythe | Richard_Blythe@alnba.uscourts.gov  courtmaildec@alnba.uscourts.gov |
| Stuart M Maples | on behalf of Debtor David McArdle smaples@thompsonburton.com asatterfield@thompsonburton.com;kmarks@thompsonburton.com;6569232420@fwdfilings.docketbird.com;6569232420@filings.docketbird.com,6569232420@filings.docketbird.com |
| Stuart M Maples | on behalf of Joint Debtor Megan McArdle smaples@thompsonburton.com asatterfield@thompsonburton.com;kmarks@thompsonburton.com;6569232420@fwdfilings.docketbird.com;6569232420@filings.docketbird.com,6569232420@filings.docketbird.com |

TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| **DAVID McARDLE and** | ) | **CASE NO. 26-80402-CRJ11** |
| **MEGAN McARDLE,** | ) | **CHAPTER 11** |
| **DEBTORS.** | | |

## ORDER APPROVING MOTION FOR RELIEF FROM STAY

This matter came before the Court on August 5, 2026 for a final hearing on the Motion for Relief from Stay to Terminate Franchise Agreement and Enforce Post-Termination Rights filed by Units Franchising Group, Inc. (Doc. 87)(the "Motion"); due notice of the hearing having been given; appearances having been noted on the record in open court; and the Court having been advised that the Motion may be approved without admission by Debtors that any enforcement is warranted, it is therefore

**ORDERED, ADJUDGED and DECREED** that the Motion is **APPROVED** as follows:

That the automatic stay in the above-styled Chapter 11 case is hereby terminated with waiver of the provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

Dated this the 6th day of August, 2026.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

This Order was prepared by:
Mark P. Williams
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL  35205
(205) 328-6643

Stuart M. Maples, Kevin D. Heard, Trustee, and Richard M. Blythe, Bankruptcy Administrator's Office have reviewed and approved this order.