# United States Bankruptcy Court – Northern District of Alabama

**CASE NAME:** David and Megan McArdle     **CASE NO. :** 26-80402-CRJ11     **MONTH ENDING:** July

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

YES ☑ NO ☐   All post petition individual taxes have been paid and the deposit slips are attached.

If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

2. YES ☑ NO ☐   Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.

If no, enter:     TYPE(S)_____ not in force.

| | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| **List All Bank Accounts** 1. | Regions | ▉ | DIP | $ 23,579.79 |
| 2. | | | | $ |
| 3. | | | | $ |

4. YES ☑ NO ☐   Copies of <u>all</u> banks statements and reconciliations are attached.

5. YES ☑ NO ☐   I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ☑ NO ☐   All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

7. YES ☑ NO ☐   I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**DATE** 8/8/2026

**PHONE** 8/8/2026

*David McArdle*

RESPONSIBLE PARTY

**Bankruptcy Administrator Form Individual BA-01**

**United States Bankruptcy Court    Northern District of Alabama   Northern Division**

CASE NAME: David and Megan McArdle      CASE NO. : 26-80402-CRJ11     MONTH ENDING: July

## Individual Debtor's Cash Receipts and Disbursement        *BA-02*

| | |
|---|---|
| Receipts/Income   (GROSS) | $ 22650.51 |
| Alimony, Maintenance, Support received | 0 |
| Other Income | |
| Interest | 0 |
| Sale/rent of real estate or personal property | 2900 |
| Social Security | 0 |
| Pension or Retirement | 0 |
| Other (specify) | 1123.25 |
| **TOTAL RECEIPTS/INCOME** | 26673.76 |

| | |
|---|---|
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
| Food | 1743.20 |
| Home Expenses | 2000.77 |
| Rent or Home Loan | 3783.09 |
| Real Estate Tax | 0 |
| Gas | 490 |
| Water | 68.10 |
| Telephone | 0 |
| Other Utilities(specify)   HSV Utilities | 336.05 |
| Home Maintenance (repairs and upkeep) | 555.59 |
| Insurance Payments | 2417.44 |
| Life | 246.34 |
| Health | 1243.22 |
| Auto | 31.98 |
| Home owners or renters | 497.21 |
| Other (specify) | 0 |
| Installments Loan Payments | |
| Auto Loan | 0 |
| Other loans (specify) | 0 |
| Taxes withheld or Quarterly Income Taxes | 5648.73 |
| School or Day Care Expense | 173.50 |
| Laundry and Dry Cleaning | 0 |
| Other | 0 |
| In Jan, I booked a trip/house for 14 friends.  They all paid me and this payment was for the house. | 4065.02 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | 23300.28 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ 3373 |

Beginning Cash Balance $ 24365.00          Ending Cash Balance $ 23579.79

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY
KNOWLEDGE AND BELIEF.

Date 8/8/2026                                    *David McArdle*

RESPONSIBLE PARTY


MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** 2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 7 |

## LIFEGREEN CHECKING
June 23, 2026 through July 23, 2026

### SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | $19,510.00 | Minimum Balance | $19,233 |
| Deposits & Credits | $22,345.83 + | Average Balance | $23,897 |
| Withdrawals | $18,309.86 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $0.00 − | | |
| Ending Balance | $23,545.97 | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 06/24 | Lockheed Martin  Payroll McArdle,Megan | 1,251.65 |
| 06/25 | Intuitive Resear Payroll McArdle,David | 3,631.50 |
| 06/25 | Mobile Deposit-Avail Tonight | 2,018.00 |
| 06/26 | Zelle Credit From Michael O Re Ref# 617700h07d0y | 1,000.00 |
| 06/30 | Card Credit Amazon Mktplace  5942 Amzn.Com/Bill WA 98109    0476 | 28.63 |
| 07/01 | Lockheed Martin  Payroll McArdle,Megan | 1,251.66 |
| 07/06 | Card Credit Chewy.Com      5995 800-672-4399  FL 33322    0476 | 45.35 |
| 07/06 | Mobile Deposit-Avail Tonight | 409.50 |
| 07/07 | Eqg Etsy       Acctverify Megan McArdle | 0.01 |
| 07/08 | Lockheed Martin  Payroll McArdle,Megan | 1,251.64 |
| 07/08 | Intuitive Resear Payroll McArdle,David | 3,631.51 |
| 07/13 | Zelle Credit From Michael O Re Ref# 619200m0c3ss | 1,000.00 |
| 07/15 | Lockheed Martin  Payroll McArdle,Megan | 1,289.31 |
| 07/20 | Card Credit Cracker Barrel  5812 Madison     AL 35758    0476 | 59.94 |
| 07/20 | Mobile Deposit-Avail Tonight | 596.68 |
| 07/20 | Card Credit Target.Com      5310 Brooklyn Park MN 55445    0476 | 11.76 |
| 07/20 | #Rtq Etsy       Acctverify Megan McArdle | 0.01 |
| 07/22 | Lockheed Martin  Payroll McArdle,Megan | 1,251.65 |

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946
or online at www.regions.com/mlo/amyosborne.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.



**Thank You For Banking With Regions!**

2026 Regions Bank Member FDIC. All loans subject to credit approval.



MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** 2927

|  |  |
|---|---|
|  | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 7 |

## DEPOSITS & CREDITS (CONTINUED)

| 07/22 | Intuitive Resear Payroll McArdle,David | 3,617.03 |
|---|---|---|
|  | Total Deposits & Credits | $22,345.83 |

## WITHDRAWALS

| 06/23 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014    0476 | 15.25 |
|---|---|---|
| 06/23 | Card Purchase Med*alabama Oph  8042 Birmingham    AL 35205    0476 | 25.00 |
| 06/23 | Card Purchase Chick-Fil-A App  5814 866-232-2040  GA 30349    0476 | 25.00 |
| 06/23 | Card Purchase Love S #0381 IN  5541 Falkville     AL 35622    0476 | 13.74 |
| 06/23 | PIN Purchase Twice Daily #3  5542 Madison      AL       0476 | 72.47 |
| 06/23 | PIN Purchase Www.Trupanion.  6300 Seattle         0476 | 124.83 |
| 06/24 | Card Purchase Amazon Mktpl*it  5942 Amzn.Com/Bill WA 98109    0476 | 14.03 |
| 06/24 | Card Purchase Amazon Reta* MM  5331 Www.Amazon.CO WA 98109    0476 | 41.03 |
| 06/24 | Recurring Card Transaction Burn Boot Camp  7997 Www.Burnbootc AL 35758    0476 | 38.14 |
| 06/24 | Card Purchase Scooters Coffee  5814 877-4947004   AL 35758    0476 | 6.27 |
| 06/24 | Card Purchase Paypal *Pirate  7399 402-935-7733  WY 83002    0476 | 1.95 |
| 06/25 | Card Purchase Amazon Mktpl*m1  5942 Amzn.Com/Bill WA 98109    0476 | 29.70 |
| 06/25 | Card Purchase City of Huntsvi  7523 256-427-6800  AL 35801    0476 | 5.00 |
| 06/25 | Card Purchase Amazon Reta* Pg  5331 Www.Amazon.CO WA 98109    0476 | 24.73 |
| 06/25 | Card Purchase Amazon Mktpl*65  5942 Amzn.Com/Bill WA 98109    0476 | 20.09 |
| 06/25 | Recurring Card Transaction Microsoft*pc GA  5818 Microsoft.Com WA 98052    3829 | 13.99 |
| 06/25 | Paypal          Inst Xfer David McArdle  Iwilawns | 100.00 |
| 06/26 | Card Purchase Amazon Mktpl*q9  5942 Amzn.Com/Bill WA 98109    0476 | 51.83 |
| 06/26 | Card Purchase Amazon Reta* I2  5331 Www.Amazon.CO WA 98109    0476 | 53.37 |
| 06/26 | Card Purchase Amazon Mktpl*he  5942 Amzn.Com/Bill WA 98109    0476 | 94.55 |
| 06/26 | Card Purchase Sq *Chick-Fil-A  5814 Madison      AL 35758    3829 | 60.00 |
| 06/26 | Card Purchase Prime Video Cha  5818 Amzn.Com/Bill WA 98109    3829 | 15.11 |
| 06/26 | Venmo          Payment David McArdle  1051235604746 | 50.00 |
| 06/26 | PIN Purchase Kroger #5001     5411 Nashville         0476 | 237.34 |
| 06/29 | Card Purchase Stoney River ST  5812 Madison      AL 35757    0476 | 159.09 |
| 06/29 | Card Purchase Amazon Mktpl*ri  5942 Amzn.Com/Bill WA 98109    0476 | 41.59 |
| 06/29 | Recurring Card Transaction Burn Boot Camp  7997 Www.Burnbootc AL 35758    0476 | 9.99 |
| 06/29 | Recurring Card Transaction Sezzle*busy Bee  5999 888-5401867   MN 55402    0476 | 27.46 |
| 06/29 | Card Purchase Amazon Mktpl*x4  5942 Amzn.Com/Bill WA 98109    3829 | 69.74 |
| 06/29 | Card Purchase Amazon Mktpl*8i  5942 Amzn.Com/Bill WA 98109    3829 | 134.45 |
| 06/29 | Card Purchase Amazon Mktpl*dy  5942 Amzn.Com/Bill WA 98109    3829 | 18.31 |
| 06/29 | Card Purchase Amazon Reta* Qh  5331 Www.Amazon.CO WA 98109    3829 | 41.30 |
| 06/29 | Card Purchase Amazon Mktpl*ca  5942 Amzn.Com/Bill WA 98109    3829 | 18.31 |
| 06/29 | Card Purchase Amazon Mktpl*vf  5942 Amzn.Com/Bill WA 98109    3829 | 47.63 |
| 06/29 | Card Purchase Amazon Mktpl*5l  5942 Amzn.Com/Bill WA 98109    3829 | 10.79 |
| 06/29 | Card Purchase Sq *Rocket City  8099 Huntsville    AL 35810    0476 | 20.00 |
| 06/29 | Card Purchase Publix #1629     5411 Huntsville    AL 35824    0476 | 94.27 |
| 06/29 | Card Purchase Navp DBA Paradi  0742 Madison       AL 35758    0476 | 707.22 |
| 06/29 | Card Purchase Amazon Mktpl*1u  5942 Amzn.Com/Bill WA 98109    0476 | 9.04 |
| 06/29 | Card Purchase Amazon Reta* V6  5331 Www.Amazon.CO WA 98109    0476 | 32.82 |
| 06/29 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014    0476 | 13.07 |
| 06/29 | Card Purchase Soon Tailor & A  5697 Madison      AL 35758    0476 | 20.80 |
| 06/29 | Card Purchase Amazon Mktpl*zj  5942 Amzn.Com/Bill WA 98109    0476 | 29.15 |
| 06/29 | Card Purchase Amazon Reta* 2e  5331 Www.Amazon.CO WA 98109    0476 | 3.01 |
| 06/29 | Card Purchase Asian Takeout O  5045 888-618-5058  NC 27615    0476 | 53.34 |
| 06/29 | Card Purchase Amazon Mktpl*g4  5942 Amzn.Com/Bill WA 98109    0476 | 10.25 |
| 06/29 | Card Purchase Amazon Mktpl*g0  5942 Amzn.Com/Bill WA 98109    0476 | 25.91 |
| 06/29 | Recurring Card Transaction Google Youtube  4899 650-2530000   CA 94043    3829 | 82.99 |



MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** ████ 2927

|  |  |
|---|---|
|  | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/29 | PIN Purchase Twice Daily #3  5542 Madison      AL        3829 | 54.14 |
| 06/30 | Recurring Card Transaction Burn Boot Camp  7997 Www.Burnbootc AL 35758    0476 | 38.14 |
| 06/30 | Card Purchase Chicken Salad C  5814 Chickensaladc GA 30339    0476 | 7.40 |
| 06/30 | Card Purchase Tjmaxx #0705    5310 Huntsville    AL 35801    0476 | 102.35 |
| 06/30 | Card Purchase Jimmy Johns - 2  5814 Huntsville    AL 35802    0476 | 12.42 |
| 06/30 | Card Purchase Publix #1629    5411 Huntsville    AL 35824    0476 | 46.36 |
| 07/01 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014    3829 | 9.99 |
| 07/01 | Card Purchase Cloudy Dayz    5993 Madison      AL 35758    3829 | 34.84 |
| 07/02 | Card Purchase Amazon Mktpl*zu  5942 Amzn.Com/Bill WA 98109    0476 | 27.40 |
| 07/02 | Card Purchase Shell Oil 10010  5542 Huntsville    AL 35824    0476 | 47.38 |
| 07/02 | Card Purchase Amazon Mktpl*76  5942 Amzn.Com/Bill WA 98109    0476 | 10.79 |
| 07/02 | Recurring Card Transaction Church of The H  8661 205-980-5577  AL 35243    0476 | 100.00 |
| 07/02 | Recurring Card Transaction Heart of The VA  8351 256-428-9622  AL 35801    3829 | 73.25 |
| 07/02 | Recurring Card Transaction Palmbeachtan AL  7298 334-271-5757  AL 36106    0476 | 8.25 |
| 07/02 | Card Purchase Costco Whse #17  5300 Madison      AL 35758    0476 | 92.20 |
| 07/02 | Recurring Card Transaction Sxm*siriusxm.CO  4899 888-635-5144  Ny 10012    3829 | 19.98 |
| 07/02 | Venmo        Payment David McArdle  1051388740686 | 50.00 |
| 07/02 | PIN Purchase Aldi 70083      5411 Huntsville          0476 | 36.47 |
| 07/02 | PIN Purchase Scooters Coffe  5814 Huntsville          0476 | 6.27 |
| 07/02 | PIN Purchase Twice Daily #3  5542 Madison      AL        0476 | 18.03 |
| 07/03 | Card Purchase Cooks Pest Cont  7342 256-355-3285  AL 35806    3829 | 86.24 |
| 07/03 | Card Purchase Publix #1629    5411 Huntsville    AL 35824    0476 | 167.23 |
| 07/06 | Card Purchase Apple.Com/Bill    5818 866-712-7753  CA 95014    0476 | 10.89 |
| 07/06 | Card Purchase Tst* Lolas - to  5812 Madison      AL 35758    0476 | 33.53 |
| 07/06 | Card Purchase Amazon Reta* Og  5331 Www.Amazon.CO WA 98109    0476 | 25.91 |
| 07/06 | Card Purchase Madison Home Fu  5712 256-870-1073  AL 35758    0476 | 234.35 |
| 07/06 | Card Purchase Venmo *Ashley C  4829 VISA Direct  Ny 10014    0476 | 50.00 |
| 07/06 | PIN Purchase Speedway 43009  5542 Huntsville          0476 | 67.12 |
| 07/06 | Recurring Card Transaction Sezzle*classic  5999 888-5401867  MN 55402    0476 | 17.59 |
| 07/06 | Recurring Card Transaction Chewy.Com      5995 786-320-7111  FL 33322    0476 | 82.38 |
| 07/06 | Card Purchase Sakura Japanese  5812 Madison      AL 35756    3829 | 72.91 |
| 07/06 | Card Purchase Sq *Cuppa Yo MA  5814 Madison      AL 35756    3829 | 21.91 |
| 07/06 | PIN Purchase Scooters Coffe  5814 Huntsville          0476 | 6.27 |
| 07/06 | PIN Purchase Dollar General  5310 Huntsville  AL      0476 | 32.18 |
| 07/07 | Recurring Card Transaction Chewy.Com      5995 800-672-4399  FL 33322    0476 | 22.47 |
| 07/07 | Card Purchase Sp Color Street  5977 Colorstreet.C NJ 07011    0476 | 77.66 |
| 07/07 | Card Purchase Paypal * Classi  5641 770-823-4782  GA 30161    0476 | 25.00 |
| 07/07 | W Village of Shi ACH McArdle, David | 497.21 |
| 07/08 | Card Purchase Navp DBA Paradi  0742 Madison      AL 35758    0476 | 662.98 |
| 07/08 | Recurring Card Transaction Templett.Com      8999 Templett.Com  NV 89145    0476 | 9.00 |
| 07/08 | Card Purchase Paypal *Pirate  7399 402-935-7733  WY 83002    0476 | 5.58 |
| 07/08 | Card Purchase Paypal *Pirate  7399 402-935-7733  WY 83002    0476 | 6.09 |
| 07/09 | Card Purchase Burger King #39  5814 Madison      AL 35758    0476 | 15.23 |
| 07/09 | Card Purchase Tst*i Love Sush  5812 Madison      AL 35758    0476 | 47.15 |
| 07/09 | Card Purchase Amazon Reta* Qw  5331 Www.Amazon.CO WA 98109    3829 | 33.96 |
| 07/09 | Card Purchase Amazon Reta* 2d  5331 Www.Amazon.CO WA 98109    0476 | 5.24 |
| 07/09 | Card Purchase El Mocajete Mex  5812 Madison      AL 35758    0476 | 56.46 |
| 07/09 | PIN Purchase Twice Daily #3  5541 Madison      AL        3829 | 4.82 |
| 07/09 | PIN Purchase Kroger #5001    5411 Nashville          0476 | 151.11 |
| 07/10 | Card Purchase Amazon Mktpl*z6  5942 Amzn.Com/Bill WA 98109    0476 | 16.19 |
| 07/10 | Card Purchase Amazon Mktpl*t2  5942 Amzn.Com/Bill WA 98109    0476 | 26.61 |
| 07/10 | Card Purchase Amazon Reta* Dk  5331 Www.Amazon.CO WA 98109    0476 | 42.18 |
| 07/10 | Recurring Card Transaction Gloss* The Blen  7298 Lindsayjoiner AL 35801    0476 | 105.00 |
| 07/10 | Card Purchase Huntsville Util  4900 Paymentshu Hs AL 35801    3829 | 404.15 |



**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #**     2927

| | | | |
|---|---|---|---|
| | | | 001 |
| | | Cycle | 12 |
| | | Enclosures | 0 |
| | | Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/10 | PNC Make A Pmt  Loan Pymt David McArdle  7500701011 | 1,629.45 |
| 07/10 | PIN Purchase Circlek #27093  5542 Huntsville  AL       0476 | 78.20 |
| 07/13 | Card Purchase Double Bubble C  7542 Huntsville  AL 35805   3829 | 12.00 |
| 07/13 | Card Purchase Five Guys AL 20  5814 Madison      AL 35758   0476 | 10.95 |
| 07/13 | Card Purchase Sp The Preppy P  5641 Thepreppypeac NC 27030   0476 | 27.99 |
| 07/13 | Recurring Card Transaction Sezzle*busy Bee  5999 888-5401867   MN 55402   0476 | 29.45 |
| 07/13 | Recurring Card Transaction Netflix.Com      4899 408-5403700  CA 95032   0476 | 9.71 |
| 07/13 | Recurring Card Transaction Waynes Pest Con  7342 120-5895245  AL 35244   3829 | 35.00 |
| 07/13 | Card Purchase Publix #1629     5411 Huntsville  AL 35824   0476 | 110.98 |
| 07/13 | Recurring Card Transaction Altitude Huntsv  7999 Huntsville   AL 35806   0476 | 18.04 |
| 07/13 | Card Purchase Shaggys Burgers  5812 256-2709999  AL 35806   0476 | 26.67 |
| 07/13 | Card Purchase Buc-Ee S #0057  5411 Athens      AL 35613   0476 | 71.55 |
| 07/13 | Card Purchase Apple.Com/Bill  5818 866-712-7753  CA 95014   0476 | 8.72 |
| 07/13 | Card Purchase Amazon Mktpl*x6  5942 Amzn.Com/Bill WA 98109   0476 | 45.34 |
| 07/13 | Card Purchase Venmo *Laney Da  4829 VISA Direct  Ny 10014   0476 | 120.00 |
| 07/13 | Card Purchase Red Fish       5812 Madison      AL 35758   0476 | 43.96 |
| 07/13 | Card Purchase Soles Dance Cen  7911 Www.Solesdanc AL 35801   0476 | 73.50 |
| 07/14 | Card Purchase Amazon Mktpl*bc  5942 Amzn.Com/Bill WA 98109   0476 | 48.59 |
| 07/14 | Card Purchase Amazon Reta* Fs  5331 Www.Amazon.CO WA 98109   0476 | 13.47 |
| 07/14 | Recurring Card Transaction Gfiber       4816 Mountain View CA 94043   3829 | 71.40 |
| 07/14 | Recurring Card Transaction Google Youtube  4899 650-2530000  CA 94043   3829 | 5.44 |
| 07/14 | Card Purchase McDonald S F399  5814 Huntsville  AL 35824   0476 | 10.00 |
| 07/14 | Card Purchase Sp Milaandrose  5641 Milaandrose.C TX 76262   0476 | 27.80 |
| 07/14 | Card Purchase Cash App*jackso  4829 Oakland     CA 94612   3829 | 1.09 |
| 07/14 | PIN Purchase Raceway 6892     5541 Brownsboro  AL       3829 | 13.05 |
| 07/15 | Card Purchase Tst*zierdt     5812 Huntsville  AL 35824   0476 | 79.84 |
| 07/15 | Card Purchase Amazon Mktpl*jh  5942 Amzn.Com/Bill WA 98109   0476 | 35.61 |
| 07/15 | Card Purchase Amazon Mktpl*pe  5942 Amzn.Com/Bill WA 98109   0476 | 38.87 |
| 07/15 | Card Purchase Raceway 6892     5542 Brownsboro  AL 35741   3829 | 48.57 |
| 07/15 | Card Purchase Yps*sandhills R  7011 8886181611   NC 28387   3829 | 1,000.00 |
| 07/15 | Card Purchase Yps*sandhills R  7011 8886181611   NC 28387   3829 | 3,065.02 |
| 07/15 | Recurring Card Transaction Sp Color Street  5977 Colorstreet.C NJ 07011   0476 | 5.00 |
| 07/15 | PIN Purchase Domino S 5383    5814 Huntsville       0476 | 31.60 |
| 07/16 | Card Purchase Chick-Fil-A #05  5814 Madison      AL 35758   3829 | 10.94 |
| 07/16 | Card Purchase Amazon Reta* Le  5331 Www.Amazon.CO WA 98109   0476 | 21.59 |
| 07/16 | Card Purchase Amazon Mktpl*gj  5942 Amzn.Com/Bill WA 98109   0476 | 14.03 |
| 07/16 | Venmo       Payment David McArdle  1051695895764 | 50.00 |
| 07/16 | Freedom       Mtg Pymts David G McArdl 0141269969 | 2,153.64 |
| 07/16 | PIN Purchase Scooters Coffe  5814 Huntsville       0476 | 6.27 |
| 07/17 | Card Purchase Burger King #39  5814 Madison      AL 35758   0476 | 16.85 |
| 07/17 | Card Purchase Shell Oil 10010  5542 Huntsville  AL 35824   0476 | 77.07 |
| 07/17 | Card Purchase Cracker Barrel  5812 256-461-7670  AL 35758   0476 | 44.10 |
| 07/17 | Card Purchase Ssp*southstates  8299 256-8377395  AL 35806   0476 | 130.00 |
| 07/17 | Card Purchase Amazon Mktpl*6g  5942 Amzn.Com/Bill WA 98109   0476 | 66.91 |
| 07/17 | Card Purchase Fsp*fleet Feet  5976 Madison      AL 35758   0476 | 40.88 |
| 07/17 | Venmo       Payment David McArdle  1051721469419 | 50.00 |
| 07/17 | Thrivent Vulpmt  Batchpay David McArdle | 230.00 |
| 07/20 | Card Purchase Venmo *Christie  4829 New York     Ny 10014   0476 | 10.00 |
| 07/20 | Card Purchase Tst*hatch Cafe  5812 Huntsville  AL 35802   0476 | 2.99 |
| 07/20 | Recurring Card Transaction Home Chef       5499 Www.Homechef. IL 60607   0476 | 24.60 |
| 07/20 | Card Purchase The Purple Pean  5641 Huntsville  AL 35801   0476 | 98.69 |
| 07/20 | Card Purchase Tst*i Love Sush  5812 Madison      AL 35758   0476 | 24.08 |
| 07/20 | Card Purchase Paypal *Cabadab  8999 402-935-7733  CA 95131   0476 | 34.00 |
| 07/20 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014   0476 | 9.99 |



**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/20 | PIN Purchase Twice Daily #3  5541 Madison    AL      3829 | 4.82 |
| 07/20 | Recurring Card Transaction Sezzle*classic  5999 888-5401867   MN 55402    0476 | 17.59 |
| 07/20 | Recurring Card Transaction Apple.Com/Bill  5818 866-712-7753  CA 95014    0476 | 13.99 |
| 07/20 | Card Purchase Sp Beaufortbonn  5641 Thebeaufortbo KY 40507    0476 | 140.42 |
| 07/20 | Card Purchase Amazon Mktpl*zl  5942 Amzn.Com/Bill WA 98109    3829 | 10.49 |
| 07/20 | Card Purchase Amazon Mktpl*ol  5942 Amzn.Com/Bill WA 98109    3829 | 32.39 |
| 07/20 | PIN Purchase Publix Super M  5411 Huntsville  AL      3829 | 251.38 |
| 07/20 | Card Purchase Walgreens #1736  5912 Madison     AL 35758   0476 | 26.71 |
| 07/20 | Card Purchase Walgreens #1736  5912 Madison     AL 35758   0476 | 3.20 |
| 07/20 | Card Purchase Amazon Reta* Am  5331 Www.Amazon.CO WA 98109    3829 | 16.50 |
| 07/20 | Card Purchase Target.Com  *    5310 800-591-3869  MN 55445   0476 | 11.76 |
| 07/20 | Card Purchase Venmo *Hannah P  4829 New York     Ny 10014   0476 | 54.96 |
| 07/20 | Thrivent Financl Withdrawal David McArdle | 16.34 |
| 07/21 | Card Purchase Amazon Mktpl*ng  5942 Amzn.Com/Bill WA 98109    0476 | 35.64 |
| 07/21 | Card Purchase Dollar General  5331 Huntsville   AL 35824   0476 | 10.55 |
| 07/21 | Card Purchase Amazon Mktpl*p4  5942 Amzn.Com/Bill WA 98109    0476 | 17.26 |
| 07/21 | PIN Purchase Circlek #27064  5542 Madison     AL      0476 | 77.42 |
| 07/22 | Card Purchase All Star Health  5499 800-875-0448  CA 92647    3829 | 403.95 |
| 07/22 | Card Purchase All Star Health  5499 800-875-0448  CA 92647    3829 | 24.00 |
| 07/22 | Card Purchase Target.Com     5310 Www.Target.CO MN 55445    0476 | 67.33 |
| 07/22 | Card Purchase Scooters Coffee  5814 877-4947004  AL 35758   0476 | 3.13 |
| 07/22 | Card Purchase Zazzle Inc     5399 888-892-9953  CA 94025   0476 | 26.61 |
| 07/22 | Card Purchase Wildwater Cullm  7996 Cullman     AL 35055   0476 | 33.97 |
| 07/22 | Venmo        Payment David McArdle  1051835914569 | 50.00 |
| 07/22 | PIN Purchase Twice Daily #3  5541 Madison     AL      3829 | 4.82 |
| 07/23 | Card Purchase Tst*zierdt     5812 Huntsville   AL 35824   3829 | 70.56 |
| 07/23 | Card Purchase Cloudy Dayz    5993 Madison     AL 35758   3829 | 30.51 |
| 07/23 | Card Purchase Amazon Mktpl*89  5942 Amzn.Com/Bill WA 98109    0476 | 5.71 |
| 07/23 | Card Purchase Amazon Mktpl*98  5942 Amzn.Com/Bill WA 98109    0476 | 9.71 |
| 07/23 | PIN Purchase Www.Trupanion.  6300 Seattle        0476 | 142.44 |

| | |
|---|---|
| Total Withdrawals | $18,309.86 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/23 | 19,233.71 | 07/03 | 24,828.36 | 07/15 | 22,739.69 |
| 06/24 | 20,383.94 | 07/06 | 24,628.17 | 07/16 | 20,483.22 |
| 06/25 | 25,839.93 | 07/07 | 24,005.84 | 07/17 | 19,827.41 |
| 06/26 | 26,277.73 | 07/08 | 28,205.34 | 07/20 | 19,690.90 |
| 06/29 | 24,543.06 | 07/09 | 27,891.37 | 07/21 | 19,550.03 |
| 06/30 | 24,365.02 | 07/10 | 25,589.59 | 07/22 | 23,804.90 |
| 07/01 | 25,571.85 | 07/13 | 25,945.73 | 07/23 | 23,545.97 |
| 07/02 | 25,081.83 | 07/14 | 25,754.89 | | |



**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #**  ███ 2927

001
Cycle 12
Enclosures 0
Page 6 of 7

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

4a  List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks.  A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama  35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.
(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is  an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.
If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.