**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION**

**In the Matter of:**

| | | |
|---|---|---|
| David McArdle | } | **Case No: 26-80402-CRJ11** |
| SSN: XXX-XX-0685 | } | |
| Megan McArdle | } | |
| SSN: XXX-XX-4462 | } | |
| DEBTOR(S). | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #99; Objection to Confirmation of the Plan filed by Unites Franchising Group, Inc. |
| **Date and Time:** | Wednesday, September 16, 2026 10:00 AM |
| **Appearances:** | n/a |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | The Confirmation Hearing and all related matters are hereby continued to September 30, 2026 at 10:00 a.m. before the Honorable Clifton R. Jessup, Jr. at the United States Courthouse, Courtroom I, 660 Gallatin St SW, Huntsville, AL 35801. |

Date Prepared:08/17/2026