# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** David and Megan McArdle **CASE NO. :** 26-80402-CRJ11 **MONTH ENDING:** August

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

**YES** ☑ **NO** ☐ **All post petition individual taxes have been paid and the deposit slips are attached.**

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**2. YES** ☑ **NO** ☐ **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.**

**If no, enter: TYPE(S)__________not in force.**

**List All Bank Accounts**

| | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | Regions | 0373262927 | DIP | $ 19105.22 |
| 2. | | | | $ |
| 3. | | | | $ |

**4. YES** ☑ **NO** ☐ **Copies of all banks statements and reconciliations are attached.**

**5. YES** ☑ **NO** ☐ **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

**6. YES** ☑ **NO** ☐ **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

**7. YES** ☑ **NO** ☐ **I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

**DATE** 9/13/2026

**PHONE** 9/13/2026

David McArdle

RESPONSIBLE PARTY

**Bankruptcy Administrator Form Individual BA-01**

**United States Bankruptcy Court Northern District of Alabama Northern Division**

**CASE NAME:** David and Megan McArdle **CASE NO. :** 26-80402-CRJ11 **MONTH ENDING:** August

## Individual Debtor's Cash Receipts and Disbursement *BA-02*

| | |
|---|---|
| Receipts/Income (GROSS) | $ 22650.51 |
| Alimony, Maintenance, Support received | 0 |
| Other Income | |
| Interest | |
| Sale/rent of real estate or personal property | 1750 |
| Social Security | 0 |
| Pension or Retirement | 0 |
| Other (specify) | 4055 (Tenant owes me) + 2110.7 |
| **TOTAL RECEIPTS/INCOME** | 30566.24 |

| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
|---|---|
| Food | 4101.70 |
| Home Expenses | 4248.48 |
| Rent or Home Loan | 3783.09 |
| Real Estate Tax | 2698.21 |
| Gas | 494.10 |
| Water | 71.71 |
| Telephone | 0 |
| Other Utilities(specify) | 393.93 |
| Home Maintenance (repairs and upkeep) | 360.89 |
| Insurance Payments | 1162.98 |
| Life | 246.34 |
| Health | 3454.28 |
| Auto | 0 |
| Home owners or renters | 31.98 |
| Other (specify) HOA | 497.21 |
| Installments Loan Payments | |
| Auto Loan | 0 |
| Other loans (specify) | 0 |
| Taxes withheld or Quarterly Income Taxes | 4976.89 |
| School or Day Care Expense | 520 |
| Laundry and Dry Cleaning | |
| Other Cash Advance | 1000 |
| | |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | 28041.75 |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ 2524.49 |

Beginning Cash Balance$ 23579.79 Ending Cash Balance$ 19105.22

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date 9/13/2026

David McArdle

RESPONSIBLE PARTY

Regions Bank
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 1 of 7 |

## LIFEGREEN CHECKING

July 24, 2026 through August 21, 2026

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$23,545.97** | | Minimum Balance | $19,875 |
| Deposits & Credits | $16,936.97 | + | Average Balance | $23,097 |
| Withdrawals | $19,361.08 | - | | |
| Fees | $0.00 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$21,121.86** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 07/27 | Zelle Credit From Michael O Re Ref# 620600o0ab2s | 1,900.00 |
| 07/29 | Lockheed Martin Payroll McArdle,Megan | 1,251.66 |
| 08/03 | Card Credit Sp Beaufortbonn 5641 Lexington KY 40507 0476 | 16.20 |
| 08/04 | Etsy, Inc. Payout Megan McArdle | 4.90 |
| 08/05 | Lockheed Martin Payroll McArdle,Megan | 1,251.65 |
| 08/05 | Intuitive Resear Payroll McArdle,David | 3,617.01 |
| 08/10 | Card Credit Bluepearl Pet H 0742 Brentwood TN 37027 0476 | 153.19 |
| 08/10 | Zelle Credit From Michael O Re Ref# 622200o08vbp | 1,750.00 |
| 08/12 | Lockheed Martin Payroll McArdle,Megan | 1,251.64 |
| 08/18 | Card Credit Wal-Mart #2690 5411 Madison AL 35758 0476 | 2.18 |
| 08/19 | Mobile Deposit-Avail Tonight | 304.13 |
| 08/19 | Lockheed Martin Payroll Megan McArdle | 1,248.43 |
| 08/20 | Intuitive Resear Payroll McArdle,David | 3,617.03 |
| 08/21 | Splitwise Inc Payment David McArdle | 568.95 |
| | Total Deposits & Credits | $16,936.97 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your Mortgage Loan Originator, Amy Osborne, NMLS 546504, at (256)535-6946 or online at www.regions.com/mlo/amyosborne.**

**For payment and other information about your existing mortgage loan, contact Mortgage Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**

**Thank You For Banking With Regions!**

EQUAL HOUSING LENDER 2026 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS
**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

001

| | |
|---|---|
| Cycle | 12 |
| Enclosures | 0 |
| Page | 2 of 7 |

## WITHDRAWALS

| | | |
|---|---|---|
| 07/24 | Card Purchase Sp Sweet Pineap 5691 125-69647563 AL 35802 0476 | 211.34 |
| 07/24 | Card Purchase Tst* Lolas - to 5812 Madison AL 35758 0476 | 26.99 |
| 07/24 | Card Purchase Greenvelope.Com 5734 Www.Greenvelo DE 19901 0476 | 33.15 |
| 07/27 | Card Purchase Amazon Mktpl*pf 5942 Amzn.Com/Bill WA 98109 0476 | 14.03 |
| 07/27 | Card Purchase Amazon Mktpl*vi 5942 Amzn.Com/Bill WA 98109 0476 | 22.67 |
| 07/27 | Card Purchase Amazon Mktpl*l7 5942 Amzn.Com/Bill WA 98109 0476 | 21.33 |
| 07/27 | Card Purchase Amazon Mktpl*hh 5942 Amzn.Com/Bill WA 98109 0476 | 16.19 |
| 07/27 | Card Purchase Lees Tailoring 5697 Huntsville AL 35805 0476 | 150.00 |
| 07/27 | Recurring Card Transaction Home Chef 5499 Www.Homechef. IL 60607 0476 | 77.25 |
| 07/27 | Card Purchase Amazon Mktpl*ej 5942 Amzn.Com/Bill WA 98109 0476 | 21.57 |
| 07/27 | Recurring Card Transaction Sezzle*busy Bee 5999 888-5401867 MN 55402 0476 | 29.45 |
| 07/27 | Card Purchase Paypal *Jtill20 4829 San Jose CA 95131 0476 | 54.84 |
| 07/27 | PIN Purchase Microsoft*pc G 5818 Redmond 3829 | 13.99 |
| 07/27 | PIN Purchase Kroger #5001 5411 Nashville 0476 | 166.14 |
| 07/27 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 0.68 |
| 07/27 | Card Purchase Wal-Mart #2690 5411 Madison AL 35758 0476 | 251.50 |
| 07/27 | Card Purchase Scooters Coffee 5814 877-4947004 AL 35758 0476 | 3.43 |
| 07/27 | Card Purchase Amazon Reta* Ux 5331 Www.Amazon.CO WA 98109 0476 | 85.31 |
| 07/27 | Card Purchase Prime Video Cha 5818 Amzn.Com/Bill WA 98109 3829 | 12.95 |
| 07/27 | Recurring Card Transaction Burn Boot Camp 7997 Www.Burnbootc AL 35758 0476 | 9.99 |
| 07/27 | Card Purchase Amazon Reta* Zt 5331 Www.Amazon.CO WA 98109 3829 | 49.46 |
| 07/27 | Card Purchase Amazon Reta* Cv 5331 Www.Amazon.CO WA 98109 3829 | 14.03 |
| 07/27 | Card Purchase Amazon Reta* Pz 5331 Www.Amazon.CO WA 98109 3829 | 6.86 |
| 07/27 | Card Purchase Sq *Watts Water 5499 Huntsville AL 35806 0476 | 8.24 |
| 07/27 | Card Purchase Sq *Henry S Fam 5411 Huntsville AL 35816 0476 | 5.00 |
| 07/27 | Card Purchase Sq *Smith S No 5814 Huntsville AL 35816 0476 | 4.46 |
| 07/27 | Card Purchase Sq *Scott Honey 5499 Huntsville AL 35816 0476 | 26.65 |
| 07/27 | Card Purchase Sq *Reed Farms 5399 Huntsville AL 35806 0476 | 5.00 |
| 07/27 | Card Purchase S & J Produce F 5499 Madison AL 35758 0476 | 20.36 |
| 07/27 | Card Purchase Chucks Fish Hun 5812 850-6853977 AL 35757 3829 | 117.80 |
| 07/27 | Paypal Inst Xfer David McArdle Iwilawns | 100.00 |
| 07/28 | Card Purchase Amazon Mktpl*mp 5942 Amzn.Com/Bill WA 98109 3829 | 22.90 |
| 07/28 | Card Purchase Amazon Mktpl*74 5942 Amzn.Com/Bill WA 98109 3829 | 64.17 |
| 07/28 | Card Purchase Amazon Mktpl*fk 5942 Amzn.Com/Bill WA 98109 3829 | 32.94 |
| 07/28 | Card Purchase Amazon Mktpl*qn 5942 Amzn.Com/Bill WA 98109 0476 | 35.63 |
| 07/28 | Card Purchase Tst*happi Pappi 5814 Athens AL 35611 0476 | 5.45 |
| 07/28 | Card Purchase Amazon Reta* Hw 5331 Www.Amazon.CO WA 98109 0476 | 10.79 |
| 07/28 | Recurring Card Transaction Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 18.51 |
| 07/28 | Card Purchase Amazon Mktpl*du 5942 Amzn.Com/Bill WA 98109 0476 | 16.15 |
| 07/28 | PIN Purchase Ardmore Food M 5542 Ardmore 0476 | 24.54 |
| 07/28 | PIN Purchase Signup *Cliftf 7999 Moorestown 0476 | 41.07 |
| 07/28 | PIN Purchase Circlek #47039 5542 Brentwood TN 0476 | 69.57 |
| 07/29 | Card Purchase Hobby-Lobby #02 5945 Madison AL 35758 0476 | 34.85 |
| 07/29 | Card Purchase Bluepearl Pet H 0742 Brentwood TN 37027 0476 | 221.00 |
| 07/29 | Card Purchase Tj Maxx #809 5310 Franklin TN 37067 0476 | 115.20 |
| 07/29 | Card Purchase Google *Youtube 5817 G.CO/Helppay# CA 94043 3829 | 82.99 |
| 07/29 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 60.00 |
| 07/29 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 93.52 |
| 07/29 | Recurring Card Transaction Chewy.Com 5995 786-320-7111 FL 33322 0476 | 238.44 |
| 07/30 | Card Purchase Burger King #11 5814 Franklin TN 37067 0476 | 8.76 |
| 07/30 | Card Purchase Amazon Mktpl*6y 5942 Amzn.Com/Bill WA 98109 0476 | 7.55 |
| 07/30 | Card Purchase Amazon Mktpl*sm 5942 Amzn.Com/Bill WA 98109 0476 | 117.72 |
| 07/30 | Card Purchase McDonald S F530 5814 Decatur AL 35601 0476 | 12.60 |
| 07/30 | Venmo Payment David McArdle 1052011541591 | 50.00 |

Regions Bank
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 3 of 7 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 07/31 | Card Purchase Point Mallard P 7999 Decatur AL 35601 0476 | 32.50 |
| 07/31 | Recurring Card Transaction Apple.Com/Bill 5818 866-712-7753 CA 95014 3829 | 9.99 |
| 07/31 | Card Purchase Scooters Coffee 5814 877-4947004 AL 35758 0476 | 6.27 |
| 07/31 | Card Purchase Municipal Onlin 7372 844-7244507 TX 79414 0476 | 1.00 |
| 07/31 | Card Purchase Tst*i Love Sush 5812 Madison AL 35758 0476 | 62.44 |
| 07/31 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 40.88 |
| 08/03 | Card Purchase City of Huntsvi 9399 256-4277803 AL 35801 0476 | 10.00 |
| 08/03 | Card Purchase City of Huntsvi 9399 888-4272260 UT 84042 0476 | 1.95 |
| 08/03 | Recurring Card Transaction Home Chef 5499 Www.Homechef. IL 60607 0476 | 53.98 |
| 08/03 | Recurring Card Transaction Church of The H 8661 205-980-5577 AL 35243 0476 | 100.00 |
| 08/03 | Recurring Card Transaction Palmbeachtan AL 7298 334-271-5757 AL 36106 0476 | 8.25 |
| 08/03 | Recurring Card Transaction Heart of The VA 8351 256-428-9622 AL 35801 3829 | 73.25 |
| 08/03 | Card Purchase Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 16.34 |
| 08/03 | Recurring Card Transaction Sxm*siriusxm.CO 4899 888-635-5144 Ny 10012 3829 | 19.98 |
| 08/03 | Recurring Card Transaction Sezzle*classic 5999 888-5401867 MN 55402 0476 | 17.59 |
| 08/03 | Card Purchase Amazon Reta* 5n 5331 Www.Amazon.CO WA 98109 3829 | 14.07 |
| 08/03 | Card Purchase Amazon Mktpl*5n 5942 Amzn.Com/Bill WA 98109 0476 | 50.74 |
| 08/03 | Card Purchase Amazon Reta* 5n 5331 Www.Amazon.CO WA 98109 0476 | 19.17 |
| 08/03 | Card Purchase Christina Chamb 5734 Runtheday.Com PA 19103 0476 | 43.80 |
| 08/03 | PIN Purchase Twice Daily #3 5542 Madison AL 3829 | 59.65 |
| 08/03 | Card Purchase Sq *Cuppa Yo MA 5814 Madison AL 35756 3829 | 16.32 |
| 08/03 | Card Purchase Wal-Mart #2690 5411 Madison AL 35758 0476 | 15.21 |
| 08/03 | Card Purchase Sq *Cuppa Yo MA 5814 Madison AL 35756 3829 | 8.61 |
| 08/03 | Card Purchase Cloudy Dayz 5993 Madison AL 35758 3829 | 19.61 |
| 08/03 | Asbury Weekday Payment David McArdle | 420.00 |
| 08/04 | Card Purchase Twice Daily #31 5542 Madison AL 35758 0476 | 75.00 |
| 08/04 | Card Purchase 7-Eleven-41067 5541 Franklin TN 37067 0476 | 9.26 |
| 08/04 | Card Purchase Bluepearl Pet H 0742 Brentwood TN 37027 0476 | 1,003.95 |
| 08/04 | Card Purchase Amazon Mktpl*5n 5942 Amzn.Com/Bill WA 98109 3829 | 37.79 |
| 08/04 | Card Purchase Nordstrom Rack 5311 Franklin TN 37067 0476 | 155.48 |
| 08/04 | Card Purchase McDonald S F240 5814 Hermitage TN 37076 0476 | 10.93 |
| 08/04 | PIN Purchase Circlek #27093 5541 Huntsville AL 3829 | 6.52 |
| 08/04 | PIN Purchase Publix Super M 5411 Huntsville AL 3829 | 87.57 |
| 08/04 | PIN Purchase Shell Service 5541 Huntsville AL 3829 | 2.93 |
| 08/05 | Card Purchase Nashville Shore 7996 Hermitage TN 37076 0476 | 18.00 |
| 08/05 | Card Purchase Nashville Shore 7996 Hermitage TN 37076 0476 | 131.67 |
| 08/05 | Card Purchase McDonald S F264 5814 Cornersville TN 37047 0476 | 6.65 |
| 08/05 | Card Purchase Chick-Fil-A App 5814 866-232-2040 GA 30349 0476 | 25.00 |
| 08/06 | Recurring Card Transaction Chewy.Com 5995 800-672-4399 FL 33322 0476 | 127.56 |
| 08/06 | Card Purchase Amazon Mktpl*56 5942 Amzn.Com/Bill WA 98109 0476 | 21.59 |
| 08/06 | Card Purchase Greenvelope.Com 5734 Www.Greenvelo DE 19901 0476 | 20.00 |
| 08/06 | Recurring Card Transaction Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 5.44 |
| 08/06 | Card Purchase Dollar General 5331 Huntsville AL 35824 0476 | 9.42 |
| 08/06 | W Village of Shi ACH McArdle, David | 497.21 |
| 08/07 | Card Purchase Amazon Mktpl*56 5942 Amzn.Com/Bill WA 98109 0476 | 5.42 |
| 08/07 | Card Purchase Amazon Reta* 56 5331 Www.Amazon.CO WA 98109 0476 | 43.69 |
| 08/07 | Venmo Payment David McArdle 1052198006467 | 50.00 |
| 08/07 | PIN Purchase Circlek #27093 5542 Huntsville AL 3829 | 78.38 |
| 08/10 | Card Purchase Scooters Coffee 5814 877-4947004 AL 35758 0476 | 6.27 |
| 08/10 | Card Purchase Alabama Stitchi 5999 Madison AL 35758 3829 | 16.50 |
| 08/10 | Recurring Card Transaction Home Chef 5499 Www.Homechef. IL 60607 0476 | 63.82 |
| 08/10 | Card Purchase Sq *Big Spoon C 5814 Huntsville AL 35803 0476 | 4.36 |
| 08/10 | Recurring Card Transaction Templett.Com 8999 Templett.Com NV 89145 0476 | 9.00 |
| 08/10 | Recurring Card Transaction Sezzle*busy Bee 5999 888-5401867 MN 55402 0476 | 29.45 |

**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 4 of 7 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 08/10 | Card Purchase Venmo *Laney Da 4829 VISA Direct Ny 10014 0476 | 120.00 |
| 08/10 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 183.91 |
| 08/10 | Card Purchase Target.Com 5310 Www.Target.CO MN 55445 0476 | 54.15 |
| 08/10 | Card Purchase Target.Com 5310 Www.Target.CO MN 55445 0476 | 56.75 |
| 08/10 | PIN Purchase Signup *Fleetf 8398 Moorestown 0476 | 23.90 |
| 08/10 | Card Purchase Paypal *Ebay US 5331 786-762-515 CA 95131 0476 | 35.06 |
| 08/10 | Card Purchase Sp Littlelovely 5641 Littlelovelyc GA 30467 0476 | 43.00 |
| 08/10 | PIN Purchase Publix Super M 5411 Huntsville AL 3829 | 36.82 |
| 08/11 | Card Purchase Target.Com * 5310 Www.Target.CO MN 55445 0476 | 59.57 |
| 08/11 | Recurring Card Transaction Nuuly 7296 Www.Nuuly.Com PA 19112 0476 | 104.86 |
| 08/11 | Card Purchase Qc Wellness -R 7298 Madison AL 35758 0476 | 25.00 |
| 08/11 | PNC Make A Pmt Loan Pymt David McArdle 7500701011 | 1,629.45 |
| 08/11 | PIN Purchase Kroger #5001 5411 Nashville 0476 | 156.11 |
| 08/11 | Card Purchase Cash App*audrey 4829 Oakland CA 94612 3829 | 105.00 |
| 08/12 | Card Purchase Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 22.87 |
| 08/12 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 5.74 |
| 08/12 | Recurring Card Transaction Waynes Pest Con 7342 120-5895245 AL 35244 3829 | 35.00 |
| 08/12 | Recurring Card Transaction Netflix.Com 4899 Netflix.Com CA 95032 0476 | 9.71 |
| 08/12 | Card Purchase Huntsville Util 4900 Paymentshu Hs AL 35801 3829 | 465.64 |
| 08/12 | Card Purchase Venmo *Makenzie 4829 VISA Direct Ny 10014 0476 | 30.00 |
| 08/12 | Freedom Mtg Pymts David G McArdl 0141269969 | 2,153.64 |
| 08/12 | PIN Purchase Signup *Spookt 7999 Moorestown 0476 | 52.52 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 64.79 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 33.47 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 19.46 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 25.64 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 53.99 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 8.20 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 20.51 |
| 08/13 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 38.82 |
| 08/13 | Card Purchase Cloudy Dayz 5993 Madison AL 35758 3829 | 32.22 |
| 08/13 | Recurring Card Transaction Sezzle*busy Bee 5999 888-5401867 MN 55402 0476 | 32.92 |
| 08/13 | Venmo Payment David McArdle 1052323530227 | 65.00 |
| 08/14 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 161.84 |
| 08/14 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 24.83 |
| 08/14 | Recurring Card Transaction Gfiber 4816 Mountain View CA 94043 3829 | 71.40 |
| 08/14 | Card Purchase Delta Air Bag 3058 Huntsville AL 30354 3829 | 45.00 |
| 08/14 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 42.11 |
| 08/14 | Recurring Card Transaction Google Youtube 4899 650-2530000 CA 94043 3829 | 5.44 |
| 08/14 | Card Purchase Amazon Reta* 5h 5331 Www.Amazon.CO WA 98109 3829 | 11.59 |
| 08/14 | Card Purchase Homegoods # 056 5310 Huntsville AL 35806 0476 | 26.55 |
| 08/14 | Card Purchase Sq *Fleur DE Li 5499 Huntsville AL 35806 0476 | 10.38 |
| 08/14 | Card Purchase Tst*edgars Bake 5462 Huntsville AL 35806 0476 | 6.27 |
| 08/14 | Card Purchase Ctlp*pepsi Bott 5814 Raleigh NC 27612 3829 | 4.65 |
| 08/14 | Card Purchase Venmo *Gurudev 4829 VISA Direct Ny 10014 0476 | 30.00 |
| 08/14 | Venmo Payment David McArdle 1052351226348 | 50.00 |
| 08/14 | Card Purchase Venmo *Megan Ra 4829 VISA Direct Ny 10014 0476 | 45.00 |
| 08/17 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 25.91 |
| 08/17 | Card Purchase Atl Flight Read 5814 Atlanta GA 30320 3829 | 4.91 |
| 08/17 | Card Purchase Atl Airp Today 5812 Atlanta GA 30320 3829 | 15.30 |
| 08/17 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 56.68 |
| 08/17 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 21.59 |
| 08/17 | Card Purchase Glf*midsouthclu 7992 Southern Pine NC 28387 3829 | 34.81 |
| 08/17 | Card Purchase Glf*midsouthclu 7992 Southern Pine NC 28387 3829 | 22.13 |

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 5 of 7 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---|
| 08/17 | Card Purchase Glf*midsouthclu 7992 Southern Pine NC 28387 3829 | 36.00 |
| 08/17 | Card Purchase McDonald S F374 5814 Pinehurst NC 28374 3829 | 8.56 |
| 08/17 | Card Purchase Navp DBA Paradi 0742 Madison AL 35758 0476 | 201.03 |
| 08/17 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 14.35 |
| 08/17 | Recurring Card Transaction Sp Color Street 5977 Colorstreet.C NJ 07011 0476 | 5.00 |
| 08/17 | Card Purchase Ls Tobacco Road 7992 919-7751940 NC 27332 3829 | 181.78 |
| 08/17 | PIN Purchase Aldi 70106 5411 Madison 0476 | 41.27 |
| 08/17 | PIN Purchase Scooters Coffe 5814 Madison 0476 | 6.27 |
| 08/17 | Card Purchase Ls Tobacco Road 7992 919-7751940 NC 27332 3829 | 37.77 |
| 08/17 | Card Purchase Amazon Mktpl*5h 5942 Amzn.Com/Bill WA 98109 0476 | 23.71 |
| 08/17 | Card Purchase Ls Tobacco Road 7992 919-7751940 NC 27332 3829 | 31.86 |
| 08/17 | Card Purchase Ls Tobacco Road 7992 919-7751940 NC 27332 3829 | 17.99 |
| 08/17 | Card Purchase Amc 4112 Val Be 7832 Huntsville AL 35802 0476 | 25.36 |
| 08/17 | Card Purchase Shell Oil 10010 5542 Huntsville AL 35824 0476 | 81.17 |
| 08/17 | Card Purchase Sp Littlelovely 5641 Littlelovelyc GA 30467 0476 | 43.00 |
| 08/17 | PIN Purchase Bull Market 12 5541 Morrisville 3829 | 13.68 |
| 08/17 | Card Purchase Delta Air Bag 3058 Raleigh NC 30354 3829 | 45.00 |
| 08/17 | Card Purchase LA Farm Bakery 5812 Morrisville NC 27560 3829 | 21.41 |
| 08/17 | Card Purchase Sq *Nanny S Old 5814 Huntsville AL 35805 0476 | 8.72 |
| 08/17 | Card Purchase Homegoods # 056 5310 Huntsville AL 35806 0476 | 96.97 |
| 08/17 | PIN Purchase Circlek #27093 5541 Huntsville AL 3829 | 25.16 |
| 08/17 | Card Purchase Venmo *Starbuck 5814 855-812-4430 Ny 10014 0476 | 18.38 |
| 08/17 | PIN Purchase Wm Supercenter 5411 Madison 0476 | 88.66 |
| 08/18 | Card Purchase Amazon Mktpl*5a 5942 Amzn.Com/Bill WA 98109 0476 | 49.65 |
| 08/18 | Card Purchase Atl Airp Terrap 5812 Atlanta GA 30320 3829 | 33.98 |
| 08/18 | Card Purchase Target.Com 5310 Www.Target.CO MN 55445 0476 | 5.00 |
| 08/18 | Card Purchase Target.Com * 5310 800-591-3869 MN 55445 0476 | 49.29 |
| 08/18 | Card Purchase Tst*zierdt 5812 256-585-1664 AL 35824 0476 | 65.50 |
| 08/18 | Card Purchase Amazon Mktpl*5a 5942 Amzn.Com/Bill WA 98109 0476 | 10.75 |
| 08/18 | Card Purchase Culvers Madison 5814 Madison AL 35758 0476 | 15.12 |
| 08/18 | Card Purchase IV Lounge H VI 7298 Huntsville AL 35801 3829 | 138.00 |
| 08/18 | Card Purchase Target Plus 5310 800-591-3869 MN 55445 0476 | 32.69 |
| 08/18 | Thrivent Vulpmt Batchpay David McArdle | 230.00 |
| 08/19 | Card Purchase Red Fish 5812 Madison AL 35758 0476 | 27.90 |
| 08/19 | Card Purchase Target.Com 5310 800-591-3869 MN 55445 0476 | 20.49 |
| 08/19 | Card Purchase Target.Com * 5310 800-591-3869 MN 55445 0476 | 98.10 |
| 08/19 | Recurring Card Transaction Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 9.99 |
| 08/19 | Card Purchase Publix #1629 5411 Huntsville AL 35824 0476 | 305.33 |
| 08/19 | Card Purchase Amazon Reta* 5a 5331 Www.Amazon.CO WA 98109 0476 | 9.20 |
| 08/19 | Card Purchase Amazon Reta* 5a 5331 Www.Amazon.CO WA 98109 0476 | 8.25 |
| 08/19 | Thrivent Financl Withdrawal David McArdle | 16.34 |
| 08/20 | Card Purchase Realmeatco 5995 818-279-2473 CA 91208 0476 | 47.54 |
| 08/20 | Card Purchase Amazon Mktpl*5a 5942 Amzn.Com/Bill WA 98109 0476 | 26.99 |
| 08/20 | Recurring Card Transaction Apple.Com/Bill 5818 866-712-7753 CA 95014 0476 | 20.69 |
| 08/20 | Card Purchase Cash App*mario 4829 Oakland CA 94612 3829 | 1,000.00 |
| 08/20 | Arlington County Arlco Pmt David McArdle 722376192 | 2,698.21 |
| 08/21 | Card Purchase Cloudy Dayz 5993 Madison AL 35758 3829 | 19.61 |
| 08/21 | Card Purchase Publix #153 5411 Santa Rsa Bch FL 32459 0476 | 81.63 |
| 08/21 | Recurring Card Transaction Paypal *Pypl PA 5999 888-221-1161 CA 95131 0476 | 53.14 |
| 08/21 | PIN Purchase Circlek #27064 5542 Madison AL 3829 | 49.01 |
| | Total Withdrawals | $19,361.08 |

**Regions Bank**
Town Madison
140 Outfield Drive
Madison, AL 35758

MEGAN MCARDLE
DAVID G MCARDLE
DEBTOR IN POSSESSION
414 MOSSYLEAF
HUNTSVILLE AL 35824

**ACCOUNT #** [redacted]2927

| | |
|---|---|
| | 001 |
| Cycle | 12 |
| Enclosures | 0 |
| Page | 6 of 7 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/24 | 23,274.49 | 08/04 | 21,242.69 | 08/13 | 22,293.03 |
| 07/27 | 23,865.31 | 08/05 | 25,930.03 | 08/14 | 21,757.97 |
| 07/28 | 23,523.59 | 08/06 | 25,248.81 | 08/17 | 20,503.54 |
| 07/29 | 23,929.25 | 08/07 | 25,071.32 | 08/18 | 19,875.74 |
| 07/30 | 23,732.62 | 08/10 | 26,291.52 | 08/19 | 20,932.70 |
| 07/31 | 23,579.54 | 08/11 | 24,211.53 | 08/20 | 20,756.30 |
| 08/03 | 22,627.22 | 08/12 | 22,688.05 | 08/21 | 21,121.86 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**