**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**(HUNTSVILLE)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **CASE NO.: 26-80402** |
| **DAVID MCARDLE AND** | ) | |
| **MEGAN MCARDLE,** | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Please take notice that Nolan S. Clark, counsel for Live Oak Banking Company, ("Live Oak Bank"), a creditor and party-in-interest in the above-captioned bankruptcy case, hereby withdraws from representation of Live Oak Bank in this matter, and further states as follows:

1. Rita Hullett, Senior Attorney, at Bradley Arant Boult Cummings LLP, has appeared herein and shall continue to represent Live Oak Bank in this matter.

2. No parties are prejudiced by said withdrawal.

Respectfully submitted September 22, 2026.

/s/ *Nolan S. Clark*

Nolan S. Clark
**Bradley Arant Boult Cummings LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: nclark@bradley.com

*Attorney for Live Oak Banking Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I electronically filed the foregoing with the Court using the Court's CM/ECF system, which will send notification of such filing to all parties receiving notice in this case via said system.

DATED: September 22, 2026.

/s/ *Nolan S. Clark*
**OF COUNSEL**